JOHN J. O'LEARY, Respondent, *v.* LORING DAM et al., Copartners under the Firm Name of EASTMAN, DILLON & COMPANY, Appellants.

Argued January 26, 1937; decided March 9, 1937.

*Francis S. Bensel* and *Thomas W. McDonald* for appellants.

*Horatio W. Thomas* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.